IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE F. MATHEIS, JR.,** : | **Civil No. 1:17-cv-00785** |
| **Plaintiff,** : | |
| v. : | |
| **CSL PLASMA, INC.,** : | |
| **Defendant.** : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment (Doc. 26) is **GRANTED**. The Clerk of Court is directed to close this case.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: September 27, 2018