AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

GEORGE F. MATHEIS, JR.
*Plaintiff*
v.
CSL PLASMA, INC.
*Defendant*

Civil Action No. 1:17-cv-785

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Judgment is hereby entered in favor of Defendant CSL Plasma, Inc. and against Plaintiff George F. Matheis, Jr.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Sylvia H. Rambo on a motion for SUMMARY JUDGMENT.

Date: 9/27/18

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*