## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George F. Matheis, Jr., <br>               Plaintiff, <br>     v. <br> CSL Plasma, Inc., <br>               Defendant. | No. 1:17-cv-00785-SHR <br><br> The Hon. Sylvia H. Rambo |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that L. Evan Van Gorder has left the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and, thus, is withdrawing as counsel for Defendant CSL Plasma, Inc. in the above-entitled action. Donald D. Gamburg and Bruce J. Douglas shall remain counsel of record for Defendant CSL Plasma, Inc. and all future pleadings, notices, and other papers may be served upon or directed to them.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 3, 2018 | OGLETREE, DEAKINS, NASH, <br> SMOAK & STEWART, P.C. |
|   | *s/ Bruce J. Douglas* <br> Bruce J. Douglas, MN #23966 <br> (admitted pro hac vice) <br> 225 South Sixth Street, Suite 1800 <br> Minneapolis, MN 55402 <br> (612) 339-1818 <br> (612) 339-0061 <br> bruce.douglas@ogletreedeakins.com |
|   | AND |

2

        Donald D. Gamburg (PA Id. #76855)
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        1735 Market Street, Suite 3000
        Philadelphia, PA 19103
        (215) 995-2800
        (215) 995-2801
        donald.gamburg@ogletreedeakins.com

*Attorneys for Defendant CSL Plasma Inc.*

36195913.1